# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as subrogee of its insured DOREEN FILOMENA,<br><br>                Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS USA, INC., a Delaware corporation; *et al.*,<br><br>                Defendants. | 2:15-cv-01389-JCM-VCF<br><br>**ORDER** |

Before the court is LG Electronics USA, Inc.'s Motion to Extend Discovery Deadlines (#17). Defendant Best Buy Stores, L.P. filed a Joinder (#18) to the instant motion (#18) and Plaintiff filed a non-opposition (#19).

Accordingly,

IT IS ORDERED that LG Electronics USA, Inc.'s Motion to Extend Discovery Deadlines (#17) is GRANTED.

The following discovery deadlines apply:

A.    Discovery Cut-Off Date:

Discovery must be completed on or before **March 25, 2016**.

B.    Amended Pleadings and Adding Parties:

Motions to amend or add parties must be filed and served on or before **December 28, 2015**.

C.    Disclosure of Experts:

Expert disclosures must be made on or before **December 28, 2015**. Rebuttal expert disclosures must be made on or before **January 25, 2016**.

D.    Interim Status Report:

The interim status report must be filed by the parties on or before **January 25, 2015**.

E.     Dispositive Motions:

Dispositive motions must be filed and served on or before **April 25, 2016**.

F.     Joint Pre-Trial Order:

The Joint Pre-trial Order must be filed on **May 25, 2016**. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

G.     Fed.R.Civ. P. Rule 26(a)(3) Disclosures:

The disclosures required by Fed. R. Civ. P. Rule 26(a)(3) must be made in the joint pre-trial order.

H.     Later Appearing Parties:

A copy of this discovery plan and scheduling order must be served on any person after it is entered or, in the alternative, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order will apply to such later-appearing parties, unless the Court, on motion and for good cause shown orders otherwise.

I.     Extension of Discovery Deadlines:

Pursuant to LR 26-4, any request to extend the dates set forth in this Discovery Plan and Scheduling Order must be filed with the Court no later than **21 days prior to expiration of the subject deadline.**

IT IS SO ORDERED.

DATED this 17th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE