# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

FARMERS INSURANCE EXCHANGE for itself
and as subrogee of its insured DOREEN
FILOMENA,

               Plaintiff,

vs.

LG ELECTRONICS USA, INC., *et al.*,

               Defendants.

2:15-cv-01389-JCM-VCF
**ORDER**

      Before the court is LG Electronics USA, Inc.'s Emergency Motion for Determination of Good Faith Settlement (#26).

      IT IS HEREBY ORDERED that a hearing on LG Electronics USA, Inc.'s Emergency Motion for Determination of Good Faith Settlement (#26) is scheduled for 10:00 a.m., April 13, 2016, in courtroom 3D.

      DATED this 16th day of March, 2016.


_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE