**SAO**
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:   (702) 383-6000
Fax:   (702) 477-0088
jsilvestri@pyattsilvestri.com
Attorneys for Defendant,
*PENN RIDGE TRANSPORTATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as Subrogee of its insured DOREEN FILOMENA, <br><br> Plaintiff, <br> vs. <br><br> LG ELECTRONICS USA, INC., a Delaware Corporation ; BEST BUY STORES, L.P., a Virginia Limited Partnership; DOES I through X, inclusive; and ROE COMPANIES I-X, inclusive, <br><br> Defendants. | CASE NO.:   2:15-CV-01389-JCM-VCF |
| BEST BUY STORES, L.P., <br><br> Third-Party Plaintiff, <br> vs. <br><br> PENN RIDGE TRANSPORTATION, INC., a Michigan Corporation; LG ELECTRONICS USA, INC., a Delaware Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Third-Party Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(First Request)**

/ / /

Third-Party Plaintiff, Best Buy Stores, L.P. ("Best Buy"), and Third-Party Defendant, Penn Ridge Transportation, Inc. ("Penn"), by and through their undersigned counsel, hereby stipulate to an extension of time for Penn's Response to Best Buy's Complaint, up to and including August 16, 2016.

DATED this 10th day of August, 2016

Respectfully Submitted,

By:   /s/ James P. C. Silvestri
    JAMES P.C. SILVESTRI, ESQ.
    Nevada Bar No. 3603
    PYATT SILVESTRI
    701 E. Bridger Avenue, Suite 600
    Las Vegas, Nevada 89101
    Tel:       (702) 383-6000
    Fax:      (702) 477-0088

Attorneys for Third-Party Defendant,
*PENN RIDGE TRANSPORTATION*

DATED this 10th day of August, 2016

Respectfully Submitted,

By:   /s/ Wade M. Hansard
    WADE M. HANSARD, ESQ.
    Nevada Bar No. 8104
    RENEE MAXFIELD, ESQ.
    Nevada Bar No. 12814
    MCCORMICK BARSTOW SHEPPARD, WAYTE & CARRUTH LLP
    8337 W. Sunset Road, Suite 350
    Las Vegas, Nevada 89113
    Tel:       (702) 949-1100
    Fax:      (702) 949-1101
Attorneys for Third-Party Plaintiff,
*BEST BUY STORES, L.P.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8-11-2016