1 | BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2 | MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
3 | JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
4 | **STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
5 | Las Vegas, Nevada 89102
Telephone: (702) 474-7229
6 | Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net
7 | Attorneys for LG Electronics USA, Inc

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as subrogee of its insured DOREEN FILOMENA, | CASE NO.:  2:15-cv-01389-JCM-VCF |
| Plaintiff, | |
| vs. | |
| LG ELECTRONICS USA, INC., a Delaware corporation; BEST BUY STORES, L.P., a Virginia Limited Partnership; DOES I-X, inclusive; ROE COMPANIES, I-X, inclusive | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT TO LG ELECTRONICS USA, INC.'S MOTION TO DISMISS BEST BUY STORES, L.P.'S THIRD-PARTY COMPLAINT PURSUANT TO FRCP 12(b)(6)  (First Request)** |
| Defendants. | |
| BEST BUY STORES, L.P. | |
| Third-Party Plaintiff, | |
| vs. | |
| PENN-RIDGE TRANSPORTATION, INC., a Michigan Corporation; LG ELECTRONICS USA., INC., a Delaware Corporation, DOES 1 through X, inclusive; and ROE CORPORATIONS I through X inclusive, | |
| Third-Party Defendants. | |

1

1  IT IS HEREBY STIPULATED AND AGREED, by Best Buy Stores, L.P. and LG
2  ELECTRONICSs, by and through their undersigned counsel, that the deadline for filing a reply in
3  support of LG Electronics' Motion to Dismiss Best Buy's Third Party Complaint, filed on July 29,
4  2016, (Docket #49) be extended from August 25, 2016 to September 1, 2016.  This is counsel's first
5  request to extend this deadline.

| DATED this 18th day of August, 2016. | DATED this 18th day of August, 2016. |
|---|---|
| /s/ Jacquelyn M. Franco | /s/ Wage M. Hansard |
| BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No.: 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>admin@sdlawoffice.net<br>*Attorneys for LG Electronics USA, Inc.* | WADE M. HANSARD, ESQ.<br>Nevada Bar No.: 008104<br>MCCORMICK, BARSTOW, SHEPPARD,<br>   WAYTE & CARRUTH LLP<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113<br>T – 702-949-1100<br>F – 702-949-1101<br>Wade.hansard@mccormickbarstow.com<br>*Attorneys for Best Buy Stores, L.P.* |

## ORDER

**It is so ordered.**

DATED August 23, 2016.

_____
UNITED STATES DISTRICT JUDGE