JONATHAN POWELL, ESQ.
Nevada State Bar No. 9153
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Tel: (702) 383-6000*
*Fax: (702) 477-0088*
*jpowell@pyattsilvestri.com*

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as Subrogee of its insured DOREEN FILOMENA, | |
| Plaintiff, | CASE NO.:   2:15-CV-01389-JCM-VCF |
| vs. | |
| LG ELECTRONICS USA, INC., a Delaware Corporation ; BEST BUY STORES, L.P., a Virginia Limited Partnership; DOES I through X, inclusive; and ROE COMPANIES I-X, inclusive, | **MOTION TO RECEIVE ELECTRONIC NOTICE** |
| Defendants. | |
| BEST BUY STORES, L.P., | |
| Third-Party Plaintiff, | |
| vs. | |
| PENN RIDGE TRANSPORTATION, INC., a Michigan Corporation; LG ELECTRONICS USA, INC., a Delaware Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Third-Party Defendants. | |
| PENN RIDGE TRANSPORTATION, INC., a Michigan Corporation; | |
| Fourth-Party Plaintiff, | |

vs.     )
        )
DIAZ TRUCKING LLC, a Domestic limited   )
liability company**;**   )
        )
          Fourth-Party Defendant.   )
        )

**COMES NOW** Third Party Defendant and Fourth Party Plaintiff PENN RIDGE TRANSPORTATION, INC., by and through its counsel of record, the law firm of PYATT SILVESTRI, and hereby respectfully prays that this Honorable Court add the following individual to the Electronic Notice List:

Jonathan Powell

JPowell@pyattsilvestri.com

**DATED** this 13th day of October, 2016.

                                                     PYATT SILVESTRI


                                                /s/ Jonathan Powell
                                                JONATHAN POWELL, ESQ.
                                                Nevada Bar No. 009153

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-14-2016

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000