**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for Itself and as subrogee of its insured DOREEN FILOMENA,<br><br>Plaintiff(s),<br><br>v.<br><br>LG ELECTRONICS USA, INC., et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1389 JCM (VCF)<br><br>ORDER |

Presently before the court is Magistrate Judge Ferenbach's report and recommendation ("R&R"). (ECF No. 39). No objections have been filed, and the deadline for filing objections has now passed.

Magistrate Judge Ferenbach approved a settlement between plaintiff Farmers Insurance Exchange and defendant LG Electronics USA, Inc. ("LG") pursuant to NRS 17.245, finding the $9,000.00 to be paid in settlement reasonable. (ECF No. 39). The settlement approval discharged LG from all liability for contribution and for equitable indemnity to any other tortfeasor. (ECF No. 39).

In light of the foregoing, the magistrate recommends that all of plaintiff's claims against LG be dismissed with prejudice upon notice to the court that plaintiff has received the $9,000.00 agreed settlement amount. (ECF No. 39).

On December 6, 2016, LG filed a stipulation of dismissal of plaintiff's claims against it. (ECF No. 72).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects

to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds good cause appears to ADOPT the magistrate judge's findings.

Further, the court will grant the stipulation of dismissal (ECF No. 72) between plaintiff and LG in accordance with the terms set forth therein.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Ferenbach's report and recommendation (ECF No. 39) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's and LG's stipulation of dismissal with prejudice (ECF No. 72) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff's claims against LG be, and the same hereby are, DISMISSED WITH PREJUDICE, consistent with the terms set forth in their stipulation (ECF No. 72).

DATED December 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**