# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for Itself and as subrogee of its insured DOREEN FILOMENA, <br><br> Plaintiff(s), <br><br> v. <br><br> LG ELECTRONICS USA, INC., et al., <br><br> Defendant(s). | Case No. 2:15-CV-1389 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *Farmers Insurance Exchange v. LG Electronics USA, Inc. et al.*, case number 2:15-cv-01389-JCM-VCF.

The parties have agreed to a settlement resolving the remaining claims, asserting that a stipulation to dismiss the entire case will be filed within sixty (60) days. (ECF No. 95).

In light of the foregoing, the court will deny the pending motions for summary judgment (ECF Nos. 82, 84, 88, 94) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a stipulation to dismiss or a status report on or before August 3, 2017.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the pending motions for summary judgment (ECF Nos. 82, 84, 88, 94) be, and the same hereby are, DENIED WITHOUT PREJUDICE consistent with the foregoing.

DATED June 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge