UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for Itself and as subrogee of its insured DOREEN FILOMENA, <br><br> Plaintiff(s), <br><br> v. <br><br> LG ELECTRONICS USA, INC., et al., <br><br> Defendant(s). | Case No. 2:15-CV-1389 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *Farmers Insurance Exchange v. LG Electronics USA, Inc. et al.*, case number 2:15-cv-01389-JCM-VCF.

On June 1, 2017, the parties notified this court that they have agreed to a settlement resolving the remaining claims, asserting that a stipulation to dismiss the entire case will be filed within sixty (60) days. (ECF No. 95). Accordingly, this court ordered the parties to file a stipulation to dismiss or a status report by August 3, 2017. (ECF No. 96). On August 14, 2017, the parties filed a joint status report indicating that the parties are still finalizing and executing the global settlement agreement, and request an additional thirty (30) days in which to file a stipulated dismissal. (ECF No. 97).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a stipulation to dismiss or a status report on or before September 15, 2017.

DATED August 17, 2017.

_____
UNITED STATES DISTRICT JUDGE