# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as subrogee of its insured DOREEN FILOMENA,<br><br>        Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS USA, INC., *et al.*,<br><br>        Defendants. | 2:15-cv-01389-JCM-VCF<br><br>**ORDER** |

Before the Court is the Joint Status Report. (ECF No. 99).

The parties have requested a status hearing to help resolve the terms of the finalized settlement agreement. *Id.*

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, October 6, 2017, in Courtroom 3D.

DATED this 18th day of September, 2017.

                                                                                   _____
                                                                                   CAM FERENBACH<br>
                                                                                    UNITED STATES MAGISTRATE JUDGE