Kym Samuel Cushing
Nevada Bar No. 4242
Virginia T. Tomova
Nevada Bar No. 12504
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Virginia.Tomova@wilsonelser.com
*Attorneys for defendant and third-party plaintiff Best Buy Stores, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE for itself and as Subrogee of its insured DOREEN FILOMENA, | Case No. 2:15-CV-01389-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| LG ELECTRONICS USA, INC., a Delaware Corporation; BEST BUY STORES, L.P., a Virginia Limed Partnership; DOES I through X, inclusive; and ROE COMPANIES I-X, inclusive, | |
| Defendants. | |
| BEST BUY STORES, L.P., | |
| Third-Party Plaintiff, | |
| vs. | |
| PENN RIDGE TRANSPORTATION, INC., a Michigan Corporation; LG ELECTRONICS USA, INC., a Delaware Corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Third-Party Defendants | |
| PENN RIDGE TRANSPORTATION, INC., a Michigan Corporation; | |
| Fourth-Party Plaintiff, | |
| vs. | |
| DIAZ TRUCKING LLC, a Domestic limited liability company; | |
| Fourth-Party Defendants | |

The Parties, by and through their respective counsel of record, hereby stipulate as follows: The status hearing currently set before this court on October 6, 2017 at 10:00 AM be continued to this courts next availability as the parties are very close to resolving any outstanding settlement issues, and that they expect a full resolution of all issues within the next week.

DATED this 5th day of October, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 /s/ Kym Cushing
Kym S. Cushing
Nevada Bar No. 004242
Virginia T. Tomova
Nevada Bar No. 012504
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Best Buy Stores, L.P.*

DATED this 5th day of October, 2017.

**BAUMAN LOEWE WITT & MAXWELL**

 /s/ Micah Mtatabikwa-Walker
Kenneth Maxwell
Nevada Bar No. 9389
Micah K. Mtatabikwa-Walker
Nevada Bar No. 13731
3650 N. Rancho Drive, Suite 114
Las Vegas, Nevada 89130
*Attorney for plaintiff Farmers Insurance Exchange, for itself, and as Subrogee of its insured DOREEN FILOMENA*

DATED this 5th day of October, 2017.

**PYATT SILVESTRI**

 /s/ Jonathan Powell
James P.C. Silvestri
Nevada Bar No. 003603
Jonathan Powell
Nevada Bar No. 009153
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
*Attorney for Penn Ridge Transportation, Inc.*

DATED this 5th day of October, 2017.

**LAW OFFICE OF KENNETH E. GOATES**

 /s/ Reed Werner
Kenneth E. Goates
Nevada Bar No. 8087
Reed J. Werner
Nevada Bar No. 9221
3960 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
*Attorney for Diaz Trucking, LLC*

## ORDER

Pursuant to the above the status hearing in this matter is continued from October 6, 2017 at 10:00 AM to October 23, 2017 at 1:00 PM, in Courtroom 3D.

DATED this 5th day of October, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

1209632v.1