UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FARMERS INSURANCE EXCHANGE for Itself and as subrogee of its insured DOREEN FILOMENA,

Plaintiff(s),

v.

LG ELECTRONICS USA, INC., et al.,

Defendant(s).

Case No. 2:15-CV-1389 JCM (VCF)

ORDER

Presently before the court is Magistrate Judge Ferenbach's report and recommendation (ECF No. 109) that Best Buy Stores, L.P.'s ("Best Buy") motion to deem global confidential release and agreement fully executed be granted (ECF No. 106). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

**James C. Mahan**
**U.S. District Judge**

employed by the district court when reviewing a report and recommendation to which no objections were made).

No party has objected to the report and recommendation. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Ferenbach's report and recommendation (ECF No. 109) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that Best Buy's motion to deem confidential release and agreement fully executed (ECF No. 106) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant case be, and the same hereby is, DISMISSED WITH PREJUDICE.

The clerk shall enter judgment accordingly and close the case.

DATED February 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**